**Ben Merck, appellee, v. William Kloess, appellant.**

Opinion filed July 16, 1928.
Clyde D. Miller, for appellant. Farmer & Klingel, for appellee.
Mr. Justice Newhall delivered the opinion of the court.